M. HOUSTON

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.40⁶
02 1M
0004279596   DEC 18 2014
MAILED FROM ZIP CODE 78701

RE: WR-82,030-01

PHILLIP HOLMES

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO. SHERIFF'S DEPT.

7871123008C8

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS